IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Daryl L. H.,**<br>    **Plaintiff,**<br><br>    v.<br><br>**Kilolo Kijakazi,**<br>**Acting Commissioner of Social Security,**<br>    **Defendant.** | )<br>)<br>) **Case No.: 1:23-cv-457**<br>)<br>)<br>) **Magistrate Judge Litkovitz**<br>)<br>)<br>)<br>) |

**ORDER**

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

The prior non-disability finding shall be vacated and this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings and the claim will be completely reevaluated starting at the beginning of the sequential evaluation.

Date: 9/22/2023          Entered: _Karen L. Litkovitz_